# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT PIERCE DIVISION

FREDERICK JONES,

    Plaintiff,

v.                                                  CASE NO. 2:12-cv-14374-JEM

GENPACT SERVICES, LLC,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, FREDERICK JONES ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  November 16, 2012    RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By: /s/ Shireen Hormozdi

Shireen Hormozdi, Esq.
Attorney for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 385-1408
Email: shormozdi@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to defendant at the below address:

    Manny Newburger
    Barron & Newburger PC
    1212 Guadalupe Street Suite 104
    Austin TX 78701


By:	/s/ Shireen Hormozdi

    Shireen Hormozdi, Esq.
    Attorney for Plaintiff
    Krohn & Moss, Ltd.
    10474 Santa Monica Blvd., Suite 401
    Los Angeles, CA 90025
    Tel: (323) 988-2400 x 267
    Fax: (866) 385-1408
    Email: shormozdi@consumerlawcenter.com