UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

Case Number: 12-14374-CIV-MARTINEZ-LYNCH

FREDERICK JONES,

    Plaintiff,

vs.

GENPACT SERVICES, LLC,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon this Court's Order on Notice of Settlement (**D.E. No. 6**). The Order required that the parties file their Notice of Dismissal or Stipulation of Dismissal on or before December 7, 2012. *Id.* The Order further warned that failure to comply would result in dismissal of the action without prejudice and without further warning. *Id.* The parties have failed to comply. Accordingly, it is:

**ADJUDGED** that this action is **DISMISSED without prejudice**. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED as moot**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 10 day of December, 2012.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record